IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HINDU TEMPLE AND COMMUNITY CENTER OF GEORGIA, INC., ANILKUMAR PARIMALAN, VISWANAHAN LAKSHMANAN, SHESHAMANI VISWANAHAN, AND ANNAMALAI ANNAMALAI, | ) ) ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | FILE NO. 1:09-CV-2401 |
| v. | ) | |
| | ) | |
| VALMIKANATHAN P. RAGHUNATHAN, SUNDARAM RAGHUNATHAN, SEEMA PATEL, DR. SELVI VASUDEVAN, NEW WORLD COMMUNICATIONS OF ATLANTA, INC. a/k/a FOX 5 ATLANTA a/k/a WAGA-TV, BASKARAN R. VENGESANAM, SENTHILKUMAR KANDASAMY, PAUL A. CWALINA, GITA KOTECHA, VENKATESH NATARAJAN, TERESA LOUIS, PACKIYALEKSHMI PILLAI, and GWINNETT COUNTY POLICE DEPARTMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PUTATIVE DEFENDANT GWINNETT COUNTY POLICE DEPARTMENT'S
MOTION TO DISMISS COMPLAINT IN LIEU OF ANSWER AND
AFFIRMATIVE DEFENSES**

COMES NOW Gwinnett County Police Department, putative defendant in the

above-styled action,  and, pursuant to Rule 12(a)(4) of Federal Rules of Civil Procedure

and Georgia Court Rules and Procedure, files this Motion to Dismiss Complaint in Lieu

of Answer and Affirmative Defenses and shows as follows:

STATEMENT OF RELEVANT FACTS

Plaintiffs bring this action naming the "Gwinnett County Police Department" as a defendant, along with several other named defendants, alleging that defendants violated the Racketeer Influenced and Corrupt Organizations ("RICO") Act and conspired to violate RICO. *Complaint, ¶ 1, Counts I and II.* Plaintiffs also assert conspiracy to extort, assault, intentional infliction of emotional distress, malicious interference with business or occupation, tortuous breach of duty of good faith and fair dealing arising out of oral contract, section 1983, conspiracy to violate civil rights, and respondeat superior liability claims against the defendants. *Complaint, ¶ 1, Counts III, IV, V, VI, VII, VIII, IX, X, XI, and XII.*

ARGUMENT AND CITATION OF AUTHORITIES

Plaintiffs' claims are brought under both federal and state law. Accordingly, Putative Defendant Gwinnett County Police Department hereby argues that dismissal of both Plaintiffs' federal and state law claims against it are appropriate. It is well-settled that a police department is not a proper party to a lawsuit because it is not an entity capable of being sued. "Subdivisions of local governments, such as [a] police department, generally are not legal entities subject to suit." DeLoach v. Marietta Police Department, 2009 WL 2486324 (N.D. Ga.), citing Dean v. Barber, 952 F.2d 1210, 1214-15 (11th Cir. 1992) (stating that certain subdivisions of local or county governments, such as sheriff's departments and police departments, "are not usually considered legal entities subject to suit"). The Gwinnett County Police Department is a department of the Gwinnett County government and "merely the vehicle through which the [government]

fulfills its policing functions." See Shelby v. City of Atlanta, 578 F. Supp. 1368, 1370 (N.D. Ga. 1984). In Shelby, the Court dismissed the plaintiff's claim against the City of Atlanta Police Department finding that the Police Department is not an entity subject to suit under 42 U.S.C. § 1983. Id. (citing Babb v. Parker, C82-941A (N.D. Ga., filed June 23, 1982); Ragusa v. Streator Police Dep't., 530 F. Supp. 814 (N.D. Ill. 1981); State of Mo. Ex Rel. Gore v. Wochner, 475 F. Supp. 274 (E.D. Mo. 1979); Simon v. St. Louis City Police Dep't, 14 F.E.P. 1363 (E.D. Mo. 1977)).

Similarly, the Eleventh Circuit dismissed a lawsuit against the Jefferson County Sheriff's Department, specifically holding that the "Sheriff's Department" was not a legal entity and not subject to suit or entity liability under 42 U.S.C. § 1983. Dean, 951 F.2d at 1214. The Eleventh Circuit has also dismissed a Section 1983 claim against the DeKalb County Sheriff's Department irrespective of the merits, and noted that the District Court had found the Sheriff's Department lacked the independent capacity under Georgia law to be a proper defendant in a lawsuit. Wayne v. Jarvis, 197 F.3d 1098, 1105 (11th Cir. 1999) *cert denied* 120 S.Ct. 1974 (2000).

Furthermore, the "Gwinnett County Police Department" is not an independent legal entity recognized by Georgia law as having the capacity to be sued. Georgia law requires that "'[i]n every suit there must be a legal entity as the real plaintiff and the real defendant.'" Georgia Insurers Insolvency Pool v. Elbert County, 258 Ga. 317, 368 S.E.2d 500, 502 (1988) (quoting Cravey v. Southeastern Underwriters Ass'n, 214 Ga. 450, 105 S.E.2d 497, 500 (1958)). The "Gwinnett County Police Department." is not a proper party because it is not an entity capable of being sued and, therefore, not a real defendant. The "Gwinnett County Police Department" is simply an artificial internal

mechanism through which the functions of the police are performed. It has no independent or separate existence established by the Georgia Constitution or statutory authority.

In <u>Brownlee v. Dalton Board of Water</u>, 59 Ga. App. 538, 1 S.E.2d 599(1939), the Georgia Court of Appeals held that a city department was not a separate and distinct corporate entity from the City itself and was not subject to suit for damages. <u>Id.</u> Similarly, the "Gwinnett County Police Department" is not a distinct independent entity subject to suit. *See, also*, <u>Cook v. Colquitt County Board of Ed.</u>, 261 Ga. 841, 412 S.E.2d 828 (1992); <u>Georgia Insurers Insolvency Pool v. Elbert County</u>, 258 Ga. 317, 368 S.E.2d 500 (1998).

## CONCLUSION

For all of the aforementioned reasons, Putative Defendant Gwinnett County Police Department hereby prays for an order granting its motion to dismiss Plaintiffs' Complaint against the Gwinnett County Police Department.

Respectfully submitted this 23rd day of September, 2009.

/s/ KAREN GILPIN THOMAS
KAREN GILPIN THOMAS
County Attorney
Georgia Bar No. 295330

PLEASE DESIGNATE AS
LEAD COUNSEL AND SERVE     /s/ TUWANDA RUSH WILLIAMS
ALL NOTICES UPON:          TUWANDA RUSH WILLIAMS
                           Senior Assistant County Attorney
                           Georgia Bar No.  619545
                           tuwanda.williams@gwinnettcounty.com

                           Attorneys for Putative Defendant
                           Gwinnett County Police Department

5

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700
(770) 822-8790 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HINDU TEMPLE AND COMMUNITY | ) | |
| CENTER OF GEORGIA, INC., | ) | |
| ANILKUMAR PARIMALAN, | ) | |
| VISWANAHAN LAKSHMANAN, | ) | |
| SHESHAMANI VISWANAHAN, AND | ) | |
| ANNAMALAI ANNAMALAI, | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | FILE NO. 1:09-CV-2401 |
| v. | ) | |
| | ) | |
| VALMIKANATHAN P. | ) | |
| RAGHUNATHAN, SUNDARAM | ) | |
| RAGHUNATHAN, SEEMA PATEL, | ) | |
| DR. SELVI VASUDEVAN, NEW | ) | |
| WORLD COMMUNICATIONS OF | ) | |
| ATLANTA, INC. a/k/a FOX 5 ATLANTA | ) | |
| a/k/a WAGA-TV, BASKARAN R. | ) | |
| VENGESANAM, SENTHILKUMAR | ) | |
| KANDASAMY, PAUL A. CWALINA, | ) | |
| GITA KOTECHA, VENKATESH | ) | |
| NATARAJAN, TERESA LOUIS, | ) | |
| PACKIYALEKSHMI PILLAI, and | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Putative Defendant Gwinnett

County Police Department's Motion To Dismiss Complaint in Lieu of Answer and

Affirmative Defenses was this day filed with the Clerk of Court and served upon Plaintiff

by using the CM/ECF system.  Notices will be mailed electronically to:

Michael L. Rothenberg, Esq.
mrothenberg@mrlegal.org

6

Alex R. Roberson, Esq.
alexr@robersonlegal.com
Stacy M. Ehrisman, Esq.
stacy@robersonlegal.com
ROTHENBERG, ROBERSON & EHRISMAN, P.C.
5900 Brook Hollow Parkway, Suite 1001
Norcross, Georgia  30071

This 23rd day of September, 2009.

/s/ TUWANDA RUSH WILLIAMS
TUWANDA RUSH WILLIAMS
Senior Assistant County Attorney
Georgia Bar No.  619545
tuwanda.williams@gwinnettcounty.com

Attorney for Officer Paul A. Cwalina

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6935
(770) 822-8700
(770) 822-8790 (Facsimile)